**NOT FOR PUBLICATION**

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 26-10114
Non-Argument Calendar

_____

LAFORREST GRAY,

*Petitioner-Appellant,*

*versus*

SECRETARY, DEPARTMENT OF CORRECTIONS,

*Respondent-Appellee.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:25-cv-01239-AGM-DCI

_____

Before BRANCH, ABUDU, and KIDD, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. LaForrest Gray, a state prisoner proceeding pro se,

appeals from the district court's order dismissing his petition for a writ of habeas corpus.

On February 2, 2026, the district court vacated its order dismissing Gray's petition and reopened the case. Because the order Gray appealed is no longer in effect, his appeal is moot, and we lack jurisdiction to review it. *Mobley v. Palm Beach Cnty. Sheriff Dep't*, 783 F.3d 1347, 1352 (11th Cir. 2015) (holding that order reopening the case and reinstating the original complaint mooted appeal of earlier order dismissing that complaint); *Brooks v. Ga. State Bd. of Elections*, 59 F.3d 1114, 1118 (11th Cir. 1995) (explaining that a court must dismiss an appeal if it is impossible to grant a prevailing party effectual relief).